1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In the Matter of the Application of James I. Pearce, | Misc. No. 18 - 237 (GAG) |
| for Special Temporary Admission to the Bar of the United States District Court for the District of Puerto Rico as an Attorney for the United States Government pursuant to Local Civil Rule 83A(e) | [RECEIVED & FILED 2018 APR 24 PM 8:09 OFFICE DISTRICT COURT SAN JUAN, P.R.] |

## Application for Special Temporary Admission and CM/ECF Registration

In accordance with Local Rule 83A(e), I am applying for special temporary admission to the Bar of the United States District Court for the District of Puerto Rico. In support of this application, I certify that I am an active member in good standing with the North Carolina State Bar; that I have read and am familiar with the Federal Rules of Evidence, the Federal Rules of Civil and Criminal Procedure, the local rules of this Court, and the American Bar Association's Model Rules of Professional Conduct.

## PERSONAL DATA

- Name:

| Pearce | James | I | |
|---|---|---|---|
| (Last Name) | (First Name) | (MI) | (Suffix) |

- Puerto Rico/other State Bar ID Number: NC

- Agency Affiliation: U.S. Department of Justice, Criminal Division, Public Integrity Section

- Mailing Address: 1400 New York Ave. NW, 12th floor

City: Washington    State: DC    Zip Code: 20530

Phone Number: 202-532-4991    FAX Number: 202-514-3003

- Email Address: james.pearce@usdoj.gov

## EDUCATION

Undergraduate School: Yale College    Year Graduated: 2003
Graduate School: American University in Cairo    Year Graduated: 2007
Law School: Duke University School of Law    Year Graduated: 2011

## BAR ADMISSIONS INFORMATION

☐ Date Admitted to the Puerto Rico Bar: _____

■ If not admitted in Puerto Rico, list other State Bar admission(s), date(s) of admission(s), and Bar ID Number(s):
North Carolina, No. 44691, admitted 8/24/2012
New York, No. 5071741, admitted 10/2012
_____

☐ Other Federal Court admission(s), date of admission(s), and Bar ID Number(s):
_____
_____
_____

## CERTIFICATE OF DISCIPLINARY ACTIONS

■ I am not now, nor have I ever been subject to any disciplinary action by the Puerto Rico Bar or any other state bar in which I am a member.

☐ I am currently or have been subject to disciplinary action, and I have been reinstated or applied for reinstatement (attach a copy of the reinstatement order and/or application).

## CM/ECF REGISTRATION

I acknowledge that, upon approval of this application, I will submit an "Attorney Registration Form" to be registered to access the Court's Case Management/Electronic File system pursuant to Fed. R. Civ. P. 5(b)(2)(E) and Local Civil Rule 5. http://www.prd.uscourts.gov/CourtWeb/pdf/cmecf/PR_Registration_Form.pdf

4/23/2018
Date

[signature]
Signature

## CERTIFICATION IN SUPPORT OF APPLICATION

In accordance with the requirements of Local Civil Rule 83A(e)(3), I certify that I am personally acquainted with the applicant for special temporary admission, I know the applicant to be of good moral character and otherwise competent and eligible to be admitted to practice before the bar of the United States District Court for the District of Puerto Rico as an attorney employed or retained by the United States or its agencies and/or as a representative of the United States or any of its officer or agencies in an official capacity.

Dated this 23rd day of April, 2018.

*Signature: Gwendolyn Stamper*

Name: Gwendolyn A Stamper
Title: Trial Attorney
Agency: US Department of Justice
Agency's Name and Address: Public Integrity Section, US Department of Justice, 1400 New York Ave. NW, Washington, DC 20005
Telephone Number: (202) 598-2335